# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2717

_____

Jessie Hill                                        *
                                                   *
            Appellant,                             *
                                                   *  Appeal from the United States
        v.                                         *  District Court for the Eastern
                                                   *  District of Arkansas.
Chris E. Williams, Circuit Judge,                  *
Malvern, AR; Phillip H. Shirron, Circuit*          [UNPUBLISHED]
Judge, Grant County; John W. Cole,                 *
Judge; Dan Harmon, Former Prosecutor,*
Grant County; Harold King, Former                  *
Deputy Prosecutor, Grant County;                   *
Richard A. Garrett, Deputy Prosecuting             *
Attorney, Grant County; Eddy R.                    *
Easley, Prosecuting Attorney, Grant                *
County; Norman B. Frisby, Deputy                   *
Prosecuting Attorney, Grant County;                *
Estate of Sherman Bell, Detective,                 *
Ouachita County; Bob Adams, Grant                  *
County; Norman Mark Klappenbach,                   *
Attorney, Fordyce, AR; Estate of Joe               *
Kelly Hardin, Assistant Counsel; Does,             *
Jurors/Alternate Jurors, Grant County              *
Trial September 1995; Bob Frazier,                 *
Attorney, Malvern, AR; Crain, Attorney,*
Malvern, AR; Arkansas Attorney                     *
General, Office and Staff; City of                 *
Sheridan Arkansas,                                 *
                                                   *
            Appellees.                             *

_____

Submitted: October 6, 2011
Filed: October 12, 2011
_____

Before COLLOTON, BOWMAN and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Jessie Hill appeals following the district court's pre-service dismissal of his civil complaint and moves for permission to proceed in forma pauperis (IFP) on appeal. We grant IFP status. Further, after careful review of the record, we conclude that remand is required, because it appears the district court failed to rule on a motion to amend that Hill filed on February 17, 2011. Accordingly, we vacate the district court's order dismissing Hill's complaint, and we remand for consideration of the motion to amend. See Pure Country, Inc. v. Sigma Chi Fraternity, 312 F.3d 952 (8th Cir. 2002). We also deny as moot Hill's pending motion for injunctive relief.

_____